UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SHELLEY PEARSON, | Civil No. 3:18-CV-05861-RAJ |
| Plaintiff, | |
| vs. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on *February 21*, 2019.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this __25th__ day of __February__, 2019.

_____
UNITED STATES DISTRICT JUDGE

Page 1     JUDGMENT - [3:18-CV-05861-RAJ]