UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELLEY LYNN PEARSON, | NO.  3:18-cv-5861-RAJ |
| Plaintiff, | ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA |
| vs. | [PROPOSED] |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $4,818.24 and related expenses in the amount of $49.18, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00 be awarded to plaintiff.

DATED this 15th day of MAY, 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING MOTION FOR
FOR ATTORNEY FEES AND COSTS